

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Justin D. Bennett,                                  * From the 42nd District Court
                                                      of Callahan County,
                                                      Trial Court No. 7234

Vs. No. 11-19-00310-CR                              * September 23, 2021

The State of Texas,                                 * Memorandum Opinion by Bailey, C.J.
                                                      (Panel consists of: Bailey, C.J.,
                                                      Trotter, J., and Williams, J.)

       This court has inspected the record in this cause and concludes that there is no
error in the judgment below.   Therefore, in accordance with this court's opinion,
the judgment of the trial court is in all things affirmed.